**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2273

_____

D. SIDNEY POTTER,

                    Plaintiff - Appellant,

          v.

SUNTRUST BANK; RANDSTAD US, L.P.; WILLIAM ROGERS; LINDA
GALIPEAU; CHRISTINE MILES; REGINALD FORD; MARGARET
SLAUGHTER; CHARMAINE SURGEON; JULIE HARDY,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  James R. Spencer, Senior
District Judge.  (3:14-cv-00436-JRS)

_____

Submitted:  February 25, 2015         Decided:  March 3, 2015

_____

Before NIEMEYER, KING, and THACKER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

D. Sidney Potter, Appellant Pro Se.  Nancy S. Lester, OGLETREE
DEAKINS NASH SMOAK & STEWART, PC, Richmond, Virginia, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

D. Sidney Potter seeks to appeal the district court's order dismissing some, but not all, claims in his employment discrimination action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Potter seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED